UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24503-CIV-MOORE/TORRES

UNITED STATES OF
AMERICA; and the
STATE OF FLORIDA, ex rel.
THEODORE A. SCHIFF, M.D.,

    Plaintiffs.

v.

GARY L. MARDER, D.O.;
ALLERGY, DERMATOLOGY
& SKIN CANCER CENTER,
INC., a Florida corporation,
ROBERT I. KENDALL, M.D.,
and KENDALL MEDICAL
LABORATORY, INC.,

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES

Defendants Gary L. Marder, D.O. and Allergy, Dermatology & Skin Cancer Center, Inc. ("ADSCC") make the following initial disclosures pursuant to Fed.R.Civ.P.26(a). Defendants reserve the right to amend and/or supplement these disclosures as information becomes available through discovery or further investigation.

    1.    Names and, if known, addresses and telephone numbers of individuals likely to have discoverable information supporting the Defendants' claims:

| Witness | Discoverable Information | Contact |
|---|---|---|
| Gary Marder, D.O. Defendant | ADSCC's patient care services which are the subject of the complaint, as well as equipment used and operation of ADSCC's clinical laboratory. | Counsel: Jacqueline Arango One S.E. Third Avenue Suite 2500 Miami, Florida 33131 (305) 374-5600 |
| Robert Kendall, M.D. Defendant | ADSCC's clinical laboratory services and operations. | Counsel: Jared Dwyer 333 S.E. Second Avenue |

{30359536;1}

| Witness | Discoverable Information | Contact |
|---|---|---|
| | | Suite 4400<br>Miami, Florida 33131<br>(305) 579-0500 |
| Megan Bock, P.A.<br>Defendant | Physician's Assistant employed by ADSCC. Has knowledge of patient care services she provided. | Counsel:  Bruce Reinhart<br>505 S. Flagler Drive<br>Suite 300<br>West Palm Beach, Florida 33401<br>(561) 472-2970 |
| Martin Burke, P.A. | Physician's Assistant formerly employed by ADSCC. Has knowledge of patient care services he provided. | Counsel: Stuart Kaplan |
| Elizabeth Modica | ADSCC's office manager since 2005. Has knowledge of ADSCC's operations and personnel. | Counsel: Jacqueline Arango<br>One S.E. Third Avenue<br>Miami, Florida  33131<br>(305) 374-5600 |
| Irwin Condes | ADSCC's current billing person. Has knowledge of billing and coding since employment began. | Counsel: Jacqueline Arango<br>One S.E. Third Avenue<br>Miami, Florida  33131<br> (305) 374-5600 |
| Dr. Farhad Kader | Physicist employed by Marder to calibrate medical equipment used by ADSCC. | Counsel: Jacqueline Arango<br>One S.E. Third Avenue<br>Miami, Florida  33131<br> (305) 374-5600 |
| Patti | Dr. Kendall's office manager. | Counsel: Jared Dwyer<br>333 S.E. Second Avenue<br>Suite 4400<br>Miami, Florida 33131<br>(305) 579-0500 |
| Christopher Nuland, Esq. | Health care attorney who prepared Dr. Kendall's employment agreement and provided regulatory advice to Dr. Marder. | 1000 Riverside Avenue<br>Jacksonville, Florida 32204<br>(904) 355-1555 |
| Laci Holmes, R.N. | First Coast Service Options employee who authored letter releasing Marder from prepayment review. | First Coast Service Options<br>Medicare Part B<br>P.O. Box 44288<br>Jacksonville, Florida 32231-4288 |
| Lori Peters<br>Safeguard Services | ZPIC Investigation Manager who oversaw file review of ADSCC's records. | Safeguard Services<br>3450 Lakeside Drive, Suite 201<br>Miramar, Florida 33027 |
| Idalia De La Paz<br>Safeguard Services | Investigator who performed site visit of Marder's office and visited patients. | Safeguard Services<br>3450 Lakeside Drive, Suite 201<br>Miramar, Florida 33027 |

| Witness | Discoverable Information | Contact |
|---|---|---|
| Victoria Ellis<br>Safeguard Services | Investigator who performed site visit of Marder's office and visited patients. | Safeguard Services<br>3450 Lakeside Drive<br>Suite 201<br>Miramar, Florida 33027 |
| Rebecca Mansfield | Executive Director of AOCD (accrediting body). | AOCD<br>P.O. Box 7525<br>Kirksville, MO 63501-7525 |
| Anne S. Bowers, MT | AHCA employee who conducted site visit of ADSCC for laboratory license. | AHCA – HQA<br>400 W. Robinson Street<br>Suite S-309<br>Orlando, Florida 32801 |
| Bobbie Bock | AHCA employee who conducted site visit of ADSCC for laboratory license. | AHCA – HQA<br>400 W. Robinson Street<br>Suite S-309<br>Orlando, Florida 32801 |
| Joyce Amarquale | AHCA employee who conducted the site visit of ADSCC for laboratory license. | AHCA – HQA<br>400 W. Robinson Street<br>Suite S-309<br>Orlando, Florida 32801 |
| Sam Field | Criminal defense attorney who represented Dr. Marder in Medicaid investigation. | 440 S. Andrews Avenue<br>Fort Lauderdale, Florida 33301<br>(954) 358-5577 |
| Sheri Stewart | Conducted prepayment review of ADSCC's claims (First Coast Service Options). | First Coast Service Options<br>Medicare Part B<br>P.O. Box 44288<br>Jacksonville, Florida 32231-4288 |
| Fred Polsky, M.D. | Medical Director at First Coast Service Options who discussed radiation therapy with Dr. Marder during prepayment review. | First Coast Service Options<br>512 Riverside Avenue<br>19th Tower<br>Jacksonville, Florida 32202<br>(904) ? |

    2.    A description of documents, by category, in the possession, custody or control of the Defendants that may be used to support its claims:

> ADSCC has maintained copies of all medical, clinical laboratory, billing and employment records for the dates of service at issue in the government's complaint.

    3.    Insurance Agreement:

> Not applicable.

{30359536;1}   3

## DEMAND BY JURY TRIAL

Defendants demand a jury trial in this case.

Respectfully submitted,

Akerman LLP
Attorneys for Defendants
Gary Marder, D.O. and Allergy,
Dermatology & Skin Cancer Center, Inc.
One S.E. Third Avenue, Suite 2500
Miami, Florida 33131
305-374-5600 telephone
305-374-5095 fax
jacqueline.arango@akerman.com


By: /S/ Jacqueline Arango
      Jacqueline Arango
      Florida Bar No. 664162


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2015, a true and correct copy of the foregoing was furnished by electronic filing to the following:

Mark A. Lavine
Assistant United States Attorney
500 S. Australian Avenue
Suite 400
West Palm Beach, Florida 33401
Mark.lavine@usdoj.gov
*Attorney for United States of America*

June C. Acton
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: june.acton@usdoj.gov
*Attorney for United States of America*

Lawrence S. Klitzman
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
lsk@klitzlaw.com
*Attorney for Plaintiff*

Jared E. Dwyer
333 Avenue of the Americas
Suite 4400
Miami, Florida 33131
dwyerje@gtlaw.com
*Attorney for Dr. Robert I. Kendall & Kendall Medical Laboratory, Inc.*

Bruce Reinhart
505 S. Flagler Drive, Suite 300
West Palm Beach, Florida 33401
breinhart@mcdonaldhopkins.com
*Attorney for Megan Bock*

                                        By:  /S/ Jacqueline Arango
                                               Jacqueline Arango