UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24503-CIV- MOORE/TORRES

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

      Plaintiffs,

v.

GARY L. MARDER, D.O.;
ALLERGY, DERMATOLOGY & SKIN
CANCER CENTER, INC., a Florida corporation
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY, INC.,
a Florida corporation, and
MEGAN BOCK, PA.

      Defendants.
_____/

## **RELATOR'S DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)**

In compliance with Federal Rule of Civil Procedure 26(a)(1), Theodore A. Schiff ('Relator") hereby provides its initial disclosures.  By this reference, Realtor hereby incorporates each and every one of the disclosures filed by the United States Government in its disclosures filed under Federal Rule of Civil Procedure 26(a)(1) ("ECM__")(the "United States Initial Disclosure"), including but not limited to any and all amendments, supplements and modifications thereto, all as if fully set forth herein.  Relator reserves the right to supplement these disclosures as discovery proceeds, as required by the Federal Rules of Civil Procedure.

These disclosures are made without waiving Relator's rights at any subsequent time to object based upon evidentiary bases such as competency, privilege, relevance, materiality, hearsay, or other established grounds to the use of such information or documents.

    **A.  Individuals Likely to Have Discoverable Knowledge that the Relator May Use to Support Its Claims**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the Relator incorporates by reference the list

of individuals attached as Exhibit A to the United States Initial Disclosure including but not limited to each name and, if known, identifying and/or contact information of each individual, aside from experts, who is likely to have discoverable information that Relator may use to support its claims (unless solely for impeachment), as well as the subject matter of that information.[1]

Relator reserves its right to supplement this disclosure of individuals as discovery proceeds or new information becomes available. In particular, Relator may also rely upon testimony from other current or former Allergy, Dermatology & Skin Cancer Center, Inc. ("ADSCC") or Kendall Medical Laboratory, Inc. ("KML") employees (e.g., physician assistants, billing personnel, nurses, etc.). Relator will supplement these disclosures when it has identified additional individuals, who it may use to support its claims. Relator also reserves the right to rely upon the testimony of any witnesses listed by any Defendants on their respective Rule 26(a)(1) disclosures.

**B. Documents, Electronically Stored Information, and Tangible Things that Relator May Use to Support Its Claims**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), the Relator incorporates by reference the documents attached as Exhibit B to the United States Initial Disclosure including but not limited to all descriptions therein contained, by category and location, of all documents, electronically stored information (ESI), and tangible things that the United States and/or Relator have in their possession, custody, or control that may be used to support Relator's claims. The non-privileged documents and data identified on Exhibit B to the United States Initial Disclosure will be made available to Defendant at a mutually agreeable time for review and copying or copies will be provided upon request. To the extent that documents and ESI

---

[1] In order to protect the privacy of individuals being identified in Exhibit A to the United States Initial Disclosure (other than the Relator), the names and contact information of the individuals identified in such Exhibit A have been redacted. Unredacted copies of Exhibit A were provided to counsel for defendants by the United States contemporaneously with the filing of the United States Initial Disclosure.

identified on Exhibit B to the United States Initial Disclosure are in the custody of Defendant and are not sufficiently identified (e.g., by Bates number or otherwise) to enable Defendant to locate such information, upon request Relator will provide further identifying information. Relator reserves its right to supplement the categories of documents and data listed on United States Initial Disclosure Exhibit B as discovery proceeds or new information becomes available.  Relator does not waive its rights to assert any privileges or other protections in response to a request for the production of any documents herein referenced.

    C**.  Computation of Categories of Damages**

Relator incorporates by reference the calculation of damages as described in the United States Initial Disclosure paragraph C.

Relator will not be in a position to compute a more precise amount for each category of damages until it obtains more detailed information regarding the underlying evidence and receives and reviews the patient records for the statistically valid random sample of claims submitted by the Defendants.

    **D.  Insurance Agreements**

Not applicable.

Dated: February 17, 2015                Respectfully submitted,

                                      KLITZMAN LAW GROUP, PLLC
                                      A Florida professional limited liability company

                        By:    /s/  Lawrence S. Klitzman
                                LAWRENCE S. KLITZMAN, ESQUIRE
                                Fla. Bar No. 312878
                                1391 Sawgrass Corporate Parkway
                                Sunrise, Florida 33323
                                Tel.  (954)-384-4421
                                Fax:  (954)-389-3579
                                lsk@klitzlaw.com
                                At*torneys for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17th, 2015, a true and correct copy of the foregoing was furnished by electronic filing to the following:

| | |
|---|---|
| Daniel R. Miller | Mark A. Lavine |
| Berger & Montague, P.C. | Assistant United States Attorney |
| 1622 Locust Street | 500 S. Australian Avenue, Suite 400 |
| Philadelphia, PA 19103 | West Palm Beach, Florida 33401 |
| dmiller@bm.net | Mark.lavine@usdoj.gov |
| *Attorney for Relator* | *Attorney for United States of America* |
| | |
| June C. Acton | Bruce Reinhart |
| United States Attorney's Office | 505 S. Flagler Drive, Suite 300 |
| 99 NE 4 Street | West Palm Beach, Florida 33401 |
| Miami, FL 33132 | breinhart@mcdonaldhopkins.com |
| Email: june.acton@usdoj.gov | *Attorney for Megan Bock* |
| *Attorney for United States of America* | |
| | |
| Jared E. Dwyer | Jacqueline Arango |
| 333 Avenue of the Americas, Suite 4400 | One SE Third Avenue, Suite 2500 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| dwyerje@gtlaw.com | Jacqueline.arango@akerman.com |
| *Attorney for Dr. Robert I. Kendall &* | *Attorney for Gary Marder, D.O. &* |
| *Kendall Medical Laboratory, Inc.* | *Allergy, Dermatology & Skin Cancer Center, Inc.* |

By: /s/ Lawrence S. Klitzman
Lawrence S. Klitzman