## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-24503-MOORE/MCALILEY

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.,

       Plaintiffs,

vs.

GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation,

       Defendants.

_____/

### ROBERT I. KENDALL, M.D., AND KENDALL MEDICAL LABORATORY, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE UNITED STATES' COMPLAINT IN INTERVENTION

Defendants Robert I. Kendall, M.D. ("Kendall") and Kendall Medical Laboratory, Inc. ("KML") (collectively, the "Kendall Defendants") hereby file their Answer and Affirmative Defenses to the United States' Complaint in Intervention (the "Complaint") [ECF No. 30]:

### ANSWER

The Kendall Defendants answer the Complaint as follows. All allegations not specifically admitted herein are denied. To the extent a response is deemed required to the Complaint's preamble paragraphs or any of its headings, subheadings, or footnotes, the Kendall Defendants deny any allegations contained therein and deny any liability to the United States. The Kendall Defendants reserve the right to seek to amend and/or supplement their Answer as may be necessary.

1.     The Kendall Defendants admit that the United States purports to bring an action for damages and civil penalties under the False Claims Act (the "FCA"), 31 U.S.C. §§ 3729-3733, and common law theories of payment by mistake of fact and unjust enrichment.

2.     The Kendall Defendants admit that the Relator Theodore A. Schiff, M.D. originally filed this action pursuant to the *qui tam* provisions of the FCA.   The Kendall Defendants admit that the United States purports to bring this action pursuant to 31 U.S.C. § 3730(b)(3) as to defendants Gary L. Marder, D.O. ("Marder"), Allergy, Dermatology & Skin Cancer Center, Inc. ("ADSCC") (collectively with Marder, the "Marder Defendants"), and the Kendall Defendants.

3.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 3.

4.     Denied.

5.     Denied.   Paragraph 5 also states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 5.

6.     Denied.   Paragraph 6 also states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 6.

7.     Admitted.

8.     Admitted.

9.     Admitted.

10.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 10.

11.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 11.

12.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 12.

13.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 13.

14.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 14.

15.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 15.

16.     Admitted.

17.     Admitted.

18.     Denied.

19.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 19.

20.     Denied as to all allegations pertaining to the Kendall Defendants.  The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 20 pertaining to the Marder Defendants.  The remaining allegations in Paragraph 20 state legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the remaining allegations in Paragraph 20.

21.     Paragraph 21 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 21.

3

22.     Paragraph 22 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 22.

23.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 23.  Paragraph 23 also states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny those allegations in Paragraph 23.

24.     Paragraph 24 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 24.

25.     Paragraph 25 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 25.

26.     Paragraph 26 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 26.

27.     Paragraph 27 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 27.  The Kendall Defendants further deny that Kendall was not a "bona fide" employee of ADSCC.

28.     Paragraph 28 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 28.

29.     Paragraph 29 states legal conclusions to which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 29.  The Kendall Defendants are without knowledge of and therefore deny the allegations in Paragraph 29.

30.     The Kendall Defendants are without knowledge of and therefore deny the allegations in Paragraph 30.  Paragraph 30 also states legal conclusions to which no response is

required.   To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 30.

31.   Paragraph 31 states legal conclusions to which no response is required.   To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 31.

32.   Paragraph 32 states legal conclusions to which no response is required.   To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 32.

33.   Paragraph 33 states legal conclusions to which no response is required.   To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 33.

34.   Paragraph 34 states legal conclusions to which no response is required.   To the extent a response is required, the Kendall Defendants deny the allegations in Paragraph 34.   The Kendall Defendants further deny that Kendall was not a "bona fide" employee of ADSCC.

35.   Denied.

36.   Denied.

37.   The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 37.

38.   Denied.

39.   The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 39.

40.   The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 40 related to the Marder Defendants.   The Kendall Defendants deny the remaining allegations of Paragraph 40.

41.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 41 related to the Marder Defendants.  The Kendall Defendants deny the remaining allegations of Paragraph 41.

42.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 42.

43.     Paragraph 43 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 43.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 43.

44.     Paragraph 44 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 44.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 44.

45.     Paragraph 45 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 45.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 45.

46.     Paragraph 46 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 46.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 46.

47.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 47.

48.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 48 as they relate to the Marder Defendants.  The Kendall Defendants deny the allegations of Paragraph 48 as they relate to the Kendall Defendants.

49.     Paragraph 49 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 49.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 49.

50.     Paragraph 50 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 50.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 50.

51.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 51 as they relate to the Marder Defendants.  The Kendall Defendants deny the allegations of Paragraph 51 as they relate to the Kendall Defendants.

52.     Paragraph 52 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 52.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 52.

53.     Paragraph 53 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 53.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 53.

54.     Paragraph 54 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 54.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 54.

55.     Paragraph 55 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 55.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 55.

56.     Paragraph 56 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 56.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 56.

57.     Paragraph 57 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 57.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 57.

58.     Paragraph 58 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 58.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 58.

59.     Paragraph 59 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required,

the Kendall Defendants deny the allegations of Paragraph 59.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 59.

60.     Paragraph 60 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 60.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 60.

61.     Paragraph 61 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 61.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 61.

62.     Paragraph 62 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 62.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 62.

63.     Paragraph 63 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 63.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 63.

64.     Paragraph 64 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 64.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 64.

65.     Paragraph 65 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 65.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 65.

66.     Paragraph 66 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 66.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 66.

67.     Paragraph 67 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 67.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 67.

68.     Paragraph 68 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 68.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 68.

69.     Paragraph 69 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 69.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 69.

70.     Paragraph 70 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required,

the Kendall Defendants deny the allegations of Paragraph 70. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 70.

71.     Paragraph 71 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required. To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 71. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 71.

72.     Paragraph 72 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required. To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 72. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 72.

73.     Paragraph 73 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required. To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 73. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 73.

74.     Paragraph 74 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required. To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 74. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 74.

75.     Paragraph 75 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required. To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 75. The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 75.

76.     Paragraph 76 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 76.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 76.

77.     Paragraph 77 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 77.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 77.

78.     Paragraph 78 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 78.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 78.

79.     Paragraph 79 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 79.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 79.

80.     Paragraph 80 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 80.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 80.

81.     Paragraph 81 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required,

the Kendall Defendants deny the allegations of Paragraph 81.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 81.

82.   Paragraph 82 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 82.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 82.

83.   Paragraph 83 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 83.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 83.

84.   Paragraph 84 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 84.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 84.

85.   Paragraph 85 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 85.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 85.

86.   Paragraph 86 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 86.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 86.

87.     Paragraph 87 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 87.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 87.

88.     Paragraph 88 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 88.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 88.

89.     Paragraph 89 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 89.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 89.

90.     Paragraph 90 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 90.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 90.

91.     Paragraph 91 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 91.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 91.

92.     Paragraph 92 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required,

the Kendall Defendants deny the allegations of Paragraph 92.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 92.

93.     Paragraph 93 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 93.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 93.

94.     Paragraph 94 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 94.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 94.

95.     Paragraph 95 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 95.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 95.

96.     Paragraph 96 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 96.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 96.

97.     Paragraph 97 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 97.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 97.

98.     Paragraph 98 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 98.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 98.

99.     Paragraph 99 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 99.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 99.

100.    Paragraph 100 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 100.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 100.

101.    Paragraph 101 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 101.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 101.

102.    Paragraph 102 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 102.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 102.

103.     Paragraph 103 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 103.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 103.

104.     Paragraph 104 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 104.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 104.

105.     Paragraph 105 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 105.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 105.

106.     Paragraph 106 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 106.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 106.

107.     Paragraph 107 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 107.   The Kendall

Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 107.

108.   Paragraph 108 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 108.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 108.

109.   Paragraph 109 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 109.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 109.

110.   Paragraph 110 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 110.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 110.

111.   Paragraph 111 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 111.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 111.

112.     Paragraph 112 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 112.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 112.

113.     Paragraph 113 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 113.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 113.

114.     Paragraph 114 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 114.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 114.

115.     Paragraph 115 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 115.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 115.

116.     Paragraph 116 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 116.  The Kendall

Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 116.

117.    Paragraph 117 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 117.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 117.

118.    Paragraph 118 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 118.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 118.

119.    Paragraph 119 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 119.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 119.

120.    Paragraph 120 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 120.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 120.

121.    Paragraph 121 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 121.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 121.

122.    Paragraph 122 states legal, administrative, procedural, or expert medical conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 122.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 122.

123.    Paragraph 123 states legal, administrative, procedural, or expert medical conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 123.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 123.

124.    Paragraph 124 states legal, administrative, procedural, or expert medical conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 124.  The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 124.

125.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 125.

126.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 126.

127.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 127.

128.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 128.

129.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 129.

130.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 130.

131.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 131.

132.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 132.

133.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 133.

134.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 134.

135.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 135.

136.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 136.

137.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 137.

138.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 138.

139.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 139.

140.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 140.

141.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 141.

142.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 142.

143.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 143.

144.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 144.

145.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 145.

146.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 146.

147.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 147.

148.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 148.

149.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 149.

150.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 150.

151.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 151, including the allegations of Exhibit 2.

152.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 152, including the allegations of Exhibit 3.

153.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 153.

154.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 154, including the allegations of Exhibit 4.

155.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 155, including the allegations of Exhibit 5.

156.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 156.

157.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 157.

158.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 158.

159.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 159.

160.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 160.

161.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 161.

162.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 162.

163.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 163.

164.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 164.

165.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 165.

166.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 166.

167.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 167.

168.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 168.

169.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 169.

170.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 170.

171.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 171.

172.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 172.

173.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 173.

174.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 174.

175.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 175.

176.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 176.

177.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 177.

178.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 178.

179.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 179.

180.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 180.

181.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 181.

182.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 182.

183.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 183.

184.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 184.

185.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 185.

186.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 186.

187.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 187.

188.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 188.

189.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 189.

190.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 190.

191.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 191.

192.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 192.

193.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 193.

194.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 194.

194-1.[1] The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 194-1.

195.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 195.

196.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 196.

197.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 197.

198.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 198.

199.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 199.

200.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 200.

201.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 201.

---

[1] The United States' Complaint contains two paragraphs numbered 194.  To prevent confusion, the Kendall Defendants refer to the second such paragraph herein as 194-1.

202.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 202.

203.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 203.

204.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 204.

205.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 205.

206.    Denied.

207.    Denied.

208.    Denied.

209.    Denied.

210.    Paragraph 210 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 210.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 210.

211.    Paragraph 211 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 211.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 211.

212.    Denied.

29

213.   Denied.

214.   Paragraph 214 states legal, administrative, or procedural conclusions as interpreted by the United States, and for which no response is required.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 214.   The Kendall Defendants are without knowledge of and therefore deny the remaining allegations of Paragraph 214.

215.   The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 215.

216.   Denied.

217.   Denied.

218.   Denied.

219.   Denied.

220.   Denied.

221.   Denied.

222.   Denied.

223.   Denied.

224.   Denied.

225.   Denied.

226.   Denied.

227.   Denied.

## FIRST CAUSE OF ACTION
### (False Claims Act: Presentation of False Claims)

228.   The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-227 as if fully set forth herein.

229.     Paragraph 229 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 229.

230.     Paragraph 230 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 230.

231.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 231.  Paragraph 231 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

## SECOND CAUSE OF ACTION
**(False Claims Act: Presentation of False Claims)**

232.     The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-231 as if fully set forth herein.

233.     Denied.

234.     Denied.

235.     Paragraph 235 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 235.

236.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 236 as they relate to the Marder Defendants.  The Kendall Defendants deny the remaining allegations of Paragraph 236.  The Kendall Defendants deny that the United

States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

## THIRD CAUSE OF ACTION
### (False Claims Act: Presentation of False Statements Material to False Claims)

237.    The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-236 as if fully set forth herein.

238.    Paragraph 238 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 238.

239.    Paragraph 239 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 239.

240.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 240.  Paragraph 240 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

## FOURTH CAUSE OF ACTION
### (False Claims Act: Presentation of False Statements Material to False Claims)

241.    The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-240 as if fully set forth herein.

242.    Denied.

243.    Denied.

32

244.     Paragraph 244 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny the allegations of Paragraph 244.

245.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 245 as they relate to the Marder Defendants.  The Kendall Defendants deny the remaining allegations of Paragraph 245.  The Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

### FIFTH CAUSE OF ACTION
### (Conspiracy)

246.     The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-245 as if fully set forth herein.

247.     Denied.

248.     Denied.

249.     Denied.  The Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

### SIXTH CAUSE OF ACTION
### (Unjust Enrichment)

250.     The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-249 as if fully set forth herein.

251.     The Kendall Defendants admit that the United States purports to claim the recovery of monies by which the Marder Defendants have allegedly been unjustly enriched.

252.     The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 252.  Paragraph 252 contains allegations solely as to the Marder

Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

**SEVENTH CAUSE OF ACTION**
**(Payment by Mistake)**

253.    The Kendall Defendants incorporates into this cause of action their responses set forth above in Paragraphs 1-252 as if fully set forth herein.

254.    The Kendall Defendants admit that the United States purports to claim recovery of all monies it allegedly paid to the Marder Defendants by mistake.

255.    The Kendall Defendants are without knowledge of and therefore deny the allegations of Paragraph 255.  Paragraph 255 contains allegations solely as to the Marder Defendants to which no response is required from the Kendall Defendants.  To the extent a response is required, the Kendall Defendants deny that the United States is entitled to any of the damages or other relief set forth in the Complaint, and deny all liability to the United States.

**PRAYER FOR RELIEF**

The Kendall Defendants deny that the United States is entitled to any of the damages, costs, expenses, or other relief set forth in the Complaint, and deny all liability to the United States.  The Kendall Defendants further assert that they are entitled to attorneys' fees and costs in defending against the United States' claims pursuant to 31 U.S.C. § 3730(g) and other applicable law.

**<u>AFFIRMATIVE DEFENSES</u>**

The Kendall Defendants repeat, reallege, and incorporate herein by reference their responses to the allegations in paragraphs 1 through 255 of the Complaint and plead their Affirmative Defenses, without assuming the burden of proof when the law places that burden

34

upon the United States, and without prejudice to their Answer. The Kendall Defendants have not knowingly or intentionally waived any applicable affirmative defenses and reserve the right to assert and reply upon such other affirmative defenses as may become available or apparent during discovery. The Kendall Defendants further reserve the right to amend their Answer and/or affirmative defenses accordingly, and/or delete affirmative defenses that the Kendall Defendants determine during the course of discovery are not applicable.

### First Affirmative Defense

The United States' claims against the Kendall Defendants are barred in whole or in part by the applicable statute of limitations, including, but not limited to, 31 U.S.C. § 3731(b).

### Second Affirmative Defense

The United States' claims against the Kendall Defendants are barred in whole or in part because the Kendall Defendants did not violate the False Claims Act, 31 U.S.C. § 3729, *et seq.*

### Third Affirmative Defense

The United States' claims against the Kendall Defendants fail in whole or in part because the Kendall Defendants did not act with the state of knowledge or intent necessary to give rise to liability. No act or omission of the Kendall Defendants was malicious, willful, wanton, reckless or made with intent to violate any statute or law.

### Fourth Affirmative Defense

The United States' claims against the Kendall Defendants fail in whole or in part because any actions taken by Defendants with respect to the allegations in the Complaint were undertaken in good faith, including, but not limited to, based on reliance on the advice of counsel and/or reliance on the advice of individuals apparently and actually empowered to administer the programs at issue, and constitute lawful, proper, justified and/or privileged conduct.

**<u>Fifth Affirmative Defense</u>**

The United States' claims against the Kendall Defendants fail in whole or in part because the Kendall Defendants did not knowingly present, or cause to be presented, any false or fraudulent claim for payment to the government.

**<u>Sixth Affirmative Defense</u>**

The United States' claims fail in whole or in part because the Kendall Defendants never knowingly made, used or caused to be made or used, a false record or statement material to a false or fraudulent claim.

**<u>Seventh Affirmative Defense</u>**

The United States' claims against the Kendall Defendants fail in whole or in part because any alleged false statement or claim was immaterial.

**<u>Eighth Affirmative Defense</u>**

The United States' claims against the Kendall Defendants fail in whole or in part because the Kendall Defendants did not violate the Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b, including, but not limited to, because the alleged conduct complied with applicable "safe harbor" regulations under the AKS, including, but not limited to, 42 C.F.R. § 1001.952

**<u>Ninth Affirmative Defense</u>**

The United States' claims against the Kendall Defendants fail in whole or in part because the Kendall Defendants did not give or receive any remuneration in violation of the AKS or the Stark Law, 42 U.S.C. § 1395nn.

**Tenth Affirmative Defense**

The United States' claims against the Kendall Defendants fail in whole or in part because the conduct alleged in the Complaint falls under the bona fide employment exceptions of the AKS and the Stark Law.

**Eleventh Affirmative Defense**

The United States' claims against the Kendall Defendants fail in whole or in part because the conduct alleged in the Complaint constitutes in-office ancillary services.

**Twelfth Affirmative Defense**

The United States' claims against the Kendall Defendants fail in whole or in part because the Kendall Defendants were acting as independent contractors at all times material to the Complaint's allegations.

**Thirteenth Affirmative Defense**

The United States' claims against the Kendall Defendants fail in whole or in part because the conduct alleged in the Complaint constitutes a lawful, legitimate reassignment of a claim.

**Fourteenth Affirmative Defense**

The United States' claims against the Kendall Defendants are barred in whole or in part because the Kendall Defendants' conduct was in compliance with, or authorized by, laws or regulations administered by a regulatory body or officer acting under state or federal statutory authority.

**Fifteenth Affirmative Defnse**

The United States' claims against the Kendall Defendants fail in whole or in part because the United States approved and ratified the alleged acts of which the United States now complains.

### Sixteenth Affirmative Defense

The United States' claims against the Kendall Defendants fail in whole or in part because the occurrences alleged in the Complaint and all damages, if any, resulting therefrom were caused by the acts or omissions of third parties over whom the Kendall Defendants had no control.  The Kendall Defendants' conduct was not the proximate cause of the United States' damages, if any.

### Seventeenth Affirmative Defense

The United States' alleged damages, if any, are not attributable to any act, conduct or omission on the part of the Kendall Defendants.

### Eighteenth Affirmative Defense

The United States' claims against the Kendall Defendants fail in whole or in part because the United States has not sustained any damages.

### Nineteenth Affirmative Defense

The United States' claim for conspiracy against the Kendall Defendants is barred in whole or in part by the intra-corporate conspiracy doctrine.

### Twentieth Affirmative Defense

The United States' claim for conspiracy against the Kendall Defendants fails because the Kendall Defendants did not enter into an agreement with any co-conspirator to violate the False Claims Act or to get a false claim paid by the government.

### Twenty-First Affirmative Defense

The United States' claim for conspiracy against the Kendall Defendants fails because the purported conduct that forms the basis for the alleged conspiracy is not unlawful or actionable.

WHEREFORE, having answered the United States' Complaint in Intervention, the Kendall Defendants respectfully request that this Court enter judgment in favor of the Kendall Defendants and against the United States on all claims, and that the Court award the Kendall Defendants such other and further relief as the Court deems just and proper, including attorneys' fees and costs pursuant to 31 U.S.C. § 3730(g) and to the further extent permitted by law.

Dated: May 28, 2015                                 Respectfully submitted,

                                                    GREENBERG TRAURIG, P.A.
                                                    *Attorneys for Defendants Robert I. Kendall,*
                                                    *M.D. and Kendall Medical Laboratory, Inc.*
                                                    333 Avenue of the Americas, Suite 4400
                                                    Miami, Florida  33131
                                                    Telephone: (305) 579-0500
                                                    Facsimile:  (305) 579-0717

                                                    /s/ Jared E. Dwyer
                                                    JARED E. DWYER
                                                    Florida Bar No. 104082
                                                    dwyerje@gtlaw.com
                                                    EVA M. SPAHN
                                                    Florida Bar No. 0092063
                                                    spahne@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

                                                    /s/ Jared E. Dwyer
                                                        JARED E. DWYER