UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA |
and the STATE OF FLORIDA, ex rel. |
THEODORE A. SCHIFF, M.D., |
|
    Plaintiff, |
        v. |
GARY L. MARDER , D.O.; et. al, |
|
    Defendant. |
_____ |

## UNITED STATES' MOTION TO EXCEED PAGE LIMITS

Pursuant to Local Rules 7.1(c)(2) and 56.1, Plaintiff United States, hereby moves this Court for leave to exceed page limits and states:

1. The United States is filing a motion for summary judgment which addresses two discrete schemes to defraud the United States perpetrated by the four defendants. For the sake of efficiency, the United States has addressed all of the issues for all the defendants and both schemes in the same motion. Unfortunately, as a result, it has not been possible to limit the motion to 20 pages or the material facts to 10 pages as required by the Local Rules.

2. The United States therefore requests leave to files a statement of material facts numbering 16 pages and a memorandum of law numbering 25 pages.

    Respectfully submitted,

    _/s Mark Lavine_____
    MARK A. LAVINE
    Assistant United States Attorney
    Fla. Bar No. 648876
    500 S. Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    Tel. (561) 209-1043

Fax: (561) 805-9846
Mark.Lavine@usdoj.gov
Attorneys for United States of America

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the United States hereby certifies that it was unable to confer with the opposing parties due to the completion of the motion after the close of business.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _25_, 2016, I served the foregoing document on all counsel of record via electronic transmission.

Respectfully submitted,

___/s Mark Lavine_____
MARK A. LAVINE
Assistant United States Attorney
Fla. Bar No. 648876
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel. (561) 209-1043
Fax: (561) 805-9846
Mark.Lavine@usdoj.gov
Attorneys for United States of America