UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA
and the STATE OF FLORIDA, ex rel.
THEODORE A. SCHIFF, M.D.,

        Plaintiff,
v.
GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation,

        Defendant.
_____

## APPENDIX TO UNITED STATES' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF SUMMARY JUDGMENT

The United States hereby Pursuant to Southern District of Florida Local Rule 56.1(a), Plaintiff United States of America hereby submits the Appendix to its Statement of Undisputed Material Facts.

| No. | Citation | Description | Status |
|---|---|---|---|
| 1 | A | Marder Deposition | Filed Publicly |
| 2 | B | Kendall Deposition | Filed Publicly |
| 3 | C | Affidavit of First Coast Service Options, Inc. | Filed Publicly |
| 4 | C01 | Medicare applications filed by Gary Marder, D.O. | Filed Publicly |
| 5 | C02 | Medicare applications filed by Robert Kendall, M.D. | Filed Publicly |
| 6 | C03 | Medicare Benefit Policy Manual, Part 3 – Claims Process Transmittal 1725 | Filed Publicly |
| 7 | C04 | Medicare Claims Processing Manual, Chapter 13, Chapter 13, Section 70.3 | Filed Publicly |
| 8 | C05 | Program Memorandum (PM) (Transmittal A-03-020) | Filed Publicly |
| 9 | C06 | Medicare Part B Update for the Third Quarter 2006, Vol. 4 No. 3 | Filed Publicly |
| 10 | C07 | LCD L31510 - Original | Filed Publicly |
| 11 | C08 | LCD L31510 - Revised | Filed Publicly |
| 12 | C09 | Clinical Examples in Radiology 2007, "Radiology FAQ" | Filed Publicly |
| 13 | C10 | Composite Exhibit re TC and PC | Filed Publicly |
| 14 | C11 | CPT Code Book For every year from 2008 through 2014 | Filed Publicly |

| No. | Citation | Description | Status |
|---|---|---|---|
| 15 | C12 | May 19, 2008 Letter from Marder to FCSO | Filed Publicly |
| 16 | C13 | May 15, 2005 Letter from Marder to FCSO | Filed Publicly |
| 17 | C14 | 1997 Documentation Guidelines for Evaluation and Management Services | Filed Publicly |
| 18 | D | Affidavit of Michael Steinberg, M.D. | Filed Publicly |
| 19 | D01 | Steinberg Expert Report | Filed Publicly |
| 20 | E | Affidavit of Ron DiGiaimo | Filed Publicly |
| 21 | E01 | DiGiaimo Expert Report | Filed Under Seal |
| 22 | E02 | Port St. Lucie Reimbursement | Filed Publicly |
| 23 | E03 | Okeechobee Reimbursment | Filed Publicly |
| 24 | F0 | Affidavit of Michael Petron | Filed Publicly |
| 25 | FA | Petron Expert Report | Filed Publicly |
| 26 | FA1 | Petron Expert Report Ex. 1 | Filed Publicly |
| 27 | FA10 | Petron Expert Report Ex. 10 | Filed Publicly |
| 28 | FA11 | Petron Expert Report Ex. 11 | Filed Publicly |
| 29 | FA12 | Petron Expert Report Ex. 12 | Filed Publicly |
| 30 | FA13 | Petron Expert Report Ex. 13 | Filed Publicly |
| 31 | FA2 | Petron Expert Report Ex. 2 | Filed Publicly |
| 32 | FA3 | Petron Expert Report Ex. 3 | Filed Publicly |
| 33 | FA4 | Petron Expert Report Ex. 4 | Filed Publicly |
| 34 | FA5 | Petron Expert Report Ex. 5 | Filed Publicly |
| 35 | FA6 | Petron Expert Report Ex. 6 | Filed Publicly |
| 36 | FA7 | Petron Expert Report Ex. 7 | Filed Publicly |
| 37 | FA8 | Petron Expert Report Ex. 8 | Filed Publicly |
| 38 | FA9 | Petron Expert Report Ex. 9 | Filed Publicly |
| 39 | G | Modica-Bragg Deposition Transcript | Filed Under Seal |
| 40 | H | Affidavit of Martin Burke | Filed Publicly |
| 41 | I | Affidavit of Wende Bardfeld | Filed Publicly |
| 42 | I01 | Appointment Book Sample Page | Filed Under Seal |
| 43 | I02 | Calendar Spreadsheet of Dr. Marder Out of Office Dates | Filed Publicly |
| 44 | I03 | American Academy of Dermatology Compliance Manual | Filed Publicly |
| 45 | I04 | OIG Dermatology Compliance Manual | Filed Publicly |
| 46 | I05 | Photos of Radiation Equipment in Port St. Lucie | Filed Publicly |
| 47 | I06 | Photos of Radiation Equipment in Okeechobee | Filed Publicly |
| 48 | I07 | Photos of Shields in Port St. Lucie | Filed Publicly |
| 49 | I08 | Photos of Shields in Okeechobee | Filed Publicly |
| 50 | I09 | Folder of Blank Documents for Creating Fake Records | Filed Publicly |
| 51 | I10 | Port St. Lucie Radiation Records Templates for Creating Fake Records | Filed Publicly |
| 52 | I11 | Okeechobee Radiation Records Templates for Creating Fake Records | Filed Publicly |
| 53 | I12 | Radiation Therapy Forms for Creating Fake Records | Filed Publicly |
| 54 | I13 | Radiation Therapy Forms for Creating Fake Records | Filed Publicly |

| No. | Citation | Description | Status |
|---|---|---|---|
| 55 | I14 | Samples of Pathology Reports | Filed Under Seal |
| 56 | I15 | Attorney E-mail with Employment Agreement | Filed Publicly |
| 57 | I16 | Attorney E-mail with Lease | Filed Publicly |
| 58 | I17 | E-mail from Kendall to Marder sending signed agreement | Filed Publicly |
| 59 | I18 | Faxed Employment Agreement | Filed Publicly |
| 60 | I19 | Backdated Marder Employment Agreement | Filed Publicly |
| 61 | I20 | Fake Laboratory Lease Between Marder and Kendall - Unsigned | Filed Publicly |
| 62 | I21A | Sample of Monthly Invoice Billed by Kendall to Marder 2008 | Filed Publicly |
| 63 | I21B | Sample of Monthly Invoice Billed by Kendall to Marder 2012 | Filed Publicly |
| 64 | I22 | Summary of Invoices Billed by Kendall to Marder and Payments | Filed Publicly |
| 65 | I23 | Kendall Balance-Invoice - Marder March/April 2013 | Filed Under Seal |
| 66 | I24 | Credit Card Receipts for Payments from Marder to Kendall | Filed Publicly |
| 67 | I25 | Marder Website Screenshots | Filed Under Seal |
| 68 | I26 | Email to teacher regarding month long absence | Filed Under Seal |
| 69 | I27 | Attestation Letters from Marder to Medicare | Filed Under Seal |
| 70 | I28 | Altered Tumor Dose Records from Sample Patients | Filed Under Seal |
| 71 | I29 | Original Tumor Dose Records from Sample Patients | Filed Under Seal |
| 72 | I30 | Summary of Claims billed December 20, 2013 to January 20, 2014 | Filed Publicly |
| 73 | I31 | 77261 Fake Documents from Sample Patients | Filed Under Seal |
| 74 | I32 | 77280 Fake Documents from Sample Patients | Filed Under Seal |
| 75 | I33 | 77300 Fake Documents from Sample Patients | Filed Under Seal |
| 76 | I34 | 77332/34 Fake Documents from Sample Patients | Filed Under Seal |
| 77 | I35 | 77336 Fake Documents from Sample Patients | Filed Under Seal |
| 78 | I36 | 77427 Fake Documents from Sample Patients | Filed Under Seal |
| 79 | I37 | Narrative Report Fake Documents from Sample Patients | Filed Under Seal |
| 80 | I38 | Page 2 of Fake Tumor Dose Records from Sample Patients | Filed Under Seal |
| 81 | I39 | Source of Cut and Paste Signature for Tumor Dose Records | Filed Publicly |
| 82 | J | ADSCC Answers to US Interrogatories and Requests to Admit | Filed Publicly |
| 83 | K | Affidavit of Farhad Kader | Filed Publicly |
| 84 | L | Boitel Deposition Transcript | Filed Under Seal |
| 85 | M | Garcia Deposition Transcript | Filed Under Seal |
| 86 | N | Marder Answers to US Interrogatories and Requests to Admit | Filed Publicly |
| 87 | O | KML Answers to US Interrogatories and Requests to Admit | Filed Publicly |
| 88 | P | Kendall Answers to US Interrogatories and Requests to Admit | Filed Publicly |
| 89 | Q | US Answers to Kendall Requests to Admit | Filed Publicly |

Respectfully submitted,

____/s Mark Lavine_____
MARK A. LAVINE
Assistant United States Attorney
Fla. Bar No. 648876
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel. (561) 209-1043
Fax: (561) 805-9846
Mark.Lavine@usdoj.gov
Attorneys for United States of America

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 25___, 2016, I served the foregoing document on all counsel of record via electronic transmission.

             Respectfully submitted,

              __/s Mark Lavine_____
              MARK A. LAVINE
              Assistant United States Attorney
              Fla. Bar No. 648876
              500 S. Australian Avenue, Suite 400
              West Palm Beach, FL 33401
              Tel. (561) 209-1043
              Fax: (561) 805-9846
              Mark.Lavine@usdoj.gov
              Attorneys for United States of America