UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NO.: 13-24503-CIV-MOORE/TORRES

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

      Plaintiffs,

vs.

GARY L. MARDER, D.O., ALLERGY
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation
ROBERT I. KENDALL, M.D. and KENDALL
MEDICAL LABORATORY, INC., a Florida
corporation.

      Defendants.

_____/

## MEDIATOR'S REPORT AND SETTLEMENT AGREEMENT

This Civil action being referred to Mediation by Order of Referral of Mediation pursuant to Federal rule of Civil Procedure 16 and the Southern District local rule 16.2 and being heard before the undersigned Mediator on the 21st day of October, 2015.

| | |
|---|---|
| _____ | The parties have negotiated in good faith, but have rendered a impasse. |
| __X__ | Mediation is continued <u>with the consent of the parties.</u> |
| _____ | The parties have resolved the issues presented and stipulate and agree to the following matters and/or issues: |

Each party shall bear their respective attorney's fees and costs.

All matters raised at the conference remain privileged, unless otherwise agreed to by all parties.

Dated this __8__ day of __APRIL__, 2016.

_____
THOMAS E. GLICK, MEDIATOR