# CASE NO: 13-24503 CV-KMM

# IMAGE REMOVED

# PURSUANT TO COURT ORDER DENYING MOTION TO SEAL
## per: Local Rule 5.4(C)

# DOCKET ENTRY NUMBER 196