UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NO.: 13-24503-CIV-MOORE/TORRES

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, ex rel.
THEODORE A. SCHIFF, M.D.

      Plaintiffs,

vs.

GARY L. MARDER, D.O., ALLERGY
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida Corporation
ROBERT I. KENDALL, M.D. and KENDALL
MEDICAL LABORATORY, INC., a
Florida Corporation

      Defendants.
_____/

## MEDIATOR'S REPORT AND SETTLEMENT AGREEMENT

This Civil action being referred to Mediation by Order of Referral of Mediation pursuant to Federal rule of Civil Procedure 16 and the Southern District local rule 16.2 and being heard before the undersigned Mediator on the 2nd day of May, 2016.

    [X]    The parties have negotiated in good faith, but have rendered a impasse.

    ____    Mediation is continued until_____.

    ____    The parties have resolved the issues presented and stipulate and agree to the following matters and/or issues:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN

Parties agree to execute a special Release form generally required to be executed in settlement of disputes of this nature as to the issues resolved.

Each party shall bear their respective attorney's fees and costs.

All matters raised at the conference remain privileged, unless otherwise agreed to by all parties.

Dated this __2__ day of __MAY__, 2016

_____
THOMAS E. GLICK, Mediator

The foregoing report and agreement is stipulated and agreed to by the undersigned.

__United States__
Plaintiff(s)

_____
Defendant(s) Dr. Gary Marder + ADSCC
Counsel

_____
Plaintiff(s) Counsel

_____
Defendant(s) ~~Counsel~~ Dr. Kendall + KML
Counsel

Dated __2d__ day of __May__, 2016

Dated ____ day of _____, 2016

**EXHIBIT "A"**