UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, *ex rel*.
THEODORE A. SCHIFF, M.D.,

      Plaintiffs,

vs.

GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation, and MEGAN
BOCK, P.A.,

      Defendants.
_____/

**DEFENDANTS ROBERT I. KENDALL, M.D. AND KENDALL
MEDICAL LABORATORY, INC.'S PRETRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3) and S.D. Fla. Local Rule 16.1(d), Defendants Robert I. Kendall, M.D. and Kendall Medical Laboratory, Inc. (collectively, the "Kendall Defendants") hereby submit their pretrial disclosures as follows:

**A.**    <u>**Witnesses Expected To Be Presented:**</u>

**Special Agent Wende Bardfeld (***expects to present***)**
c/o Mark Lavine, Esq.
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401

**Patti Boitel (***expects to present***)**
Kendall Medical Laboratory, Inc.
c/o Ryan Stumphauzer, Esq.
O'Quinn Stumphauzer Sloman
1 S.E. 3rd Ave, Suite 1820
Miami, FL 33131

**Maria Capa** *(expects to present)*
Kendall Medical Laboratory, Inc.
c/o Jed Dwyer, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131

**Edwin Condes** *(may present if the need arises)*
Allergy Dermatology & Skin Cancer Center, Inc.
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

**Eugene Eugenio** *(may present if the need arises)*
Allergy Dermatology & Skin Cancer Center, Inc.
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

**Melissa Garcia** *(may present if the need arises)*
Kendall Medical Laboratory, Inc.
c/o Jed Dwyer, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131

**Rene Hojilla** *(may present if the need arises)*
Allergy Dermatology & Skin Cancer Center, Inc.
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

**Dr. Farhad Kader** *(may present if the need arises)*
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

**Dr. Gary L. Marder, D.O. (*expects to present*)**
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

**Elizabeth Modica Dowling (*expects to present*)**
Allergy Dermatology & Skin Cancer Center, Inc.
c/o Jacqueline Arango, Esq.
Akerman Senterfitt
98 S.E. 7th Street, Suite 1100
Miami, FL 33131

The Kendall Defendants reserve their right to call as a witness any person set forth on the witness list of the United States and/or Defendants Dr. Gary L. Marder D.O. and Allergy Dermatology & Skin Cancer Center, Inc., and to amend and/or supplement its witness list as necessary, up to and including the start of trial.

**B.    Designation of Witnesses Whose Testimony Is Expected To Be Presented By Means Of A Deposition:**

None.  To the extent any witness listed in Part A, above, is not available to testify in person, the Kendall Defendants reserve the right to use portions of the transcript of any deposition taken of that witness as evidence during trial.

**C.    Identification Of Documents Expected To Be Offered:**

| TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 1. | United States' Complaint in Intervention |
| 2. | Kendall Defendants' Answer and Affirmative Defenses to the United States' Complaint in Intervention |
| 3. | United States' Responses to the Kendall Defendants' First Request for Production |
| 4. | United States' Responses to the Kendall Defendants' Second Request for Production |

| TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 5. | United States' Responses to the Kendall Defendants' Request for Admissions |
| 6. | United States' Responses to the Kendall Defendants' First Set of Interrogatories |
| 7. | Composite Exhibit: Florida State Laboratory Licenses for Dr. Kendall |
| 8. | Composite Exhibit: Kendall Medical Laboratory, Inc.'s State License Certificates |
| 9. | Composite Exhibit: CLIA Certificates of Compliance for Kendall Medical Laboratory, Inc. |
| 10. | Health Care Licensing Application for Gary L. Marder, D.O. Medical Lab |
| 11. | Composite Exhibit: CLIA Certificates for Dr. Marder's Pathology Lab |
| 12. | Composite Exhibit: Employment Agreement between Dr. Marder and Dr. Kendall |
| 13. | Composite Exhibit: Dr. Kendall W-2s issued by Dr. Marder |
| 14. | Composite Exhibit: Laboratory Reports containing microscopic diagnosis with annotations. |
| 15. | Composite Exhibit: Claims Data for ADSCC including claims to private insurers |
| 16. | Composite Exhibit: Requisition Forms from Dr. Marder to Kendall Medical Laboratory |
| 17. | Redacted Email From Dr. Marder to Dr. Kendall regarding Employment Agreement |

| TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 18. | Composite Exhibit: Sampling of Preliminary Laboratory Reports |
| 19. | All demonstrative exhibits, illustrative aids or enlargements, or summary exhibits prepared by the Kendall Defendants for trial. |
| 20. | Any exhibits listed on the United States' exhibit list, without the Kendall Defendants conceding the admissibility of any such exhibit. |
| 21. | Any exhibits listed on the exhibit list of Defendants Gary L. Marder, D.O. and Allergy Dermatology & Skin Care Center, Inc., without the Kendall Defendants conceding the admissibility of any such exhibit. |
| 22. | Any other documents or items that the Kendall Defendants determine are necessary for impeachment and rebuttal. |
| 23. | Transcripts and exhibit to all depositions taken in this action. |
| 24. | Any exhibit necessary for the rebuttal of the evidence proffered by the United States and the impeachment of witnesses. |
| 25. | Any witnesses needed to authenticate or lay the foundation for any exhibit that the Kendall Defendants attempt to use at trial. |
| 26. | Any other exhibits, documents or materials that the Kendall Defendants determine are needed at trial and/or are allowed through leave of court. |

By listing the foregoing exhibits, the Kendall Defendants do not waive the right to object to the use of any of the foregoing exhibit at trial by the United States or any other party, or to withdraw any of these exhibits.  The Kendall Defendants reserve the right to amend and/or supplement its exhibit list as necessary, up to and including the start of trial.

Dated: May 13, 2016

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendants Robert I. Kendall, M.D. and Kendall Medical Laboratory, Inc.*
333 Avenue of the Americas, Suite 4400
Miami, Florida  33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

/s/ Jared E. Dwyer
JARED E. DWYER
Florida Bar No. 104082
dwyerje@gtlaw.com
EVA M. SPAHN
Florida Bar No. 0092063
spahne@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

/s/ Jared E. Dwyer
JARED E. DWYER