UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-24503-CIV-MOORE

UNITED STATES OF AMERICA; and
THE STATE OF FLORIDA, ex rel.,
THEODORE A. SCHIFF, M.D.

      Plaintiffs,

v.

GARY L. MARDER, D.O.; and
ALLERGY, DERMATOLOGY & SKIN
CANCER CENTER, INC., a Florida corporation
a Florida corporation,

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, Relator Theodore A. Schiff, M.D. ("Relator"), Defendants Robert I. Kendall, M.D. ("Dr. Kendall") and Kendall Medical Laboratory, Inc. ("KML") (collectively, the "Kendall Defendants"), and the United States of America filed with this Court a Stipulation of Dismissal (ECF No. 278). Upon due consideration of the Stipulation and the Parties' Settlement Agreement ("Settlement Agreement"), IT IS ORDERED, that,

    1. As to Defendants Dr. Kendall and KML, this action is dismissed

        (a) with prejudice to the Relator for all claims released by the Relator in the Parties' Settlement Agreement;

        (b) with prejudice to the United States for the claims released by the United States in the Parties' Settlement Agreement; and

(c) without prejudice to the United States for any claims in this action that are not specifically released by the United States in the Parties' Settlement Agreement.

2.      Except as specified in the Settlement Agreement, each party shall be responsible for its own expenses, attorneys' fees, and costs.

3.      The Court shall retain jurisdiction of Relator's claim for attorney's fees, costs, and expenses pursuant to 31 U.S.C. 3130(d)(1) and Fla. Stat. § 68.085(c), and such jurisdiction permits the Kendall Defendants the ability to raise any defense or claim they may have related to any claim or petition by the Relator or his attorneys for expenses, attorneys' fees, or costs.

4.      The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this __9th__ day of February, 2017.

> THE HONORABLE K. MICHAEL MOORE
> UNITED STATES DISTRICT JUDGE

cc: Counsel of Record