UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, *ex rel.* THEODORE A.
SCHIFF, M.D.,

        Plaintiffs,

vs.

GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation, and MEGAN
BOCK, P.A.,

        Defendants,
_____/

## STIPULATION AND CONSENT FINAL JUDGMENT

Plaintiff United States of America (the "United States") and Defendants Gary L. Marder, D.O. ("Dr. Marder") and the Allergy, Dermatology & Skin Cancer Center, Inc. ("ADSCC") (Dr. Marder and ADSCC are collectively referred to as "the Marder Defendants") and Relator Theodore A. Schiff, M.D. ("Relator") (the United States, the Marder Defendants, and Relator are collectively referred to as the "Parties"), pursuant to that certain settlement agreement between the Parties dated the 6 day of February 2017 ("Agreement"),[1] and Federal Rule of Civil Procedure 58, hereby stipulate, agree and consent to the entry of this final judgment.

The Parties stipulate to the following:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them by the Agreement.

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1345 because this action is brought by the United States as a plaintiff pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* and common law causes of action. The Marder Defendants consent to the jurisdiction of the United States District Court for the Southern District of Florida to resolve the disputes between the Marder Defendants and the United States.

2. This Stipulation and Consent Final Judgment shall be forthwith entered against the Marder Defendants, jointly and severally, and in favor of the United States, in the amount of $18,017,382.77 (the "Consent Final Judgment").

3. The United States and Relator will deem this Consent Final Judgment to have been fully satisfied in the event that the Settlement Payment is made by the Marder Defendants on or before February 24, 2017, plus the notice of default and cure period, in accordance with the terms of the Agreement.

4. Upon payment of the Settlement Payment, the United States shall file in these proceedings and in the public records of any county or state in which this Consent Final Judgment has been recorded or filed, a Satisfaction of Judgment of this Consent Final Judgment.

5. The United States shall stay execution of this Consent Final Judgment until February 24, 2017, plus the notice of default period.

6. In the event the Marder Defendants fail to pay the Settlement Payment on or before February 24, 2017, the United States will notify the Marder Defendants of their non-payment in accordance with the terms of the Agreement. If, following the expiration of the cure period set forth in the Agreement, the Marder Defendants have not made the Settlement Payment, the United States will file an affidavit of non-compliance. Thereupon, the Marder Defendants agree to the entry of an amended judgment in the amount of $41,023,883.77 ("Amended Consent Final Judgment"). The Marder Defendants further stipulate and agree that they will not raise any defense

or objection to the entry of the Amended Consent Final Judgment referenced above other than payment.

7. The Parties have further stipulated and agreed (i) to the entry of a final judgment under the FCA as to liability only against the Marder Defendants, jointly and severally; (ii) to the entry of a final judgment as to liability only against the Marder Defendants, jointly and severally, with respect to Relator's entitlement under 31 U.S.C. § 3730(d) to Relator's reasonable expenses, attorneys' fees and costs ("Relator's Fees"); (iii) the issue of the amount of any award to the Relator for Relator's Fees has not yet been determined; (iv) the Court shall retain jurisdiction for the purpose of further proceedings to determine the amount of Relator Fees owed by the Marder Defendants to the Relator and his counsel; and (v) the Court shall retain jurisdiction for the purpose of further proceedings, if necessary, to enforce the terms of the underlying Settlement Agreement being concurrently entered into by and between the Parties.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

A. THIS COURT hereby enters final judgment for the United States against the Marder Defendants, jointly and severally; to-wit:

    (i)   **Gary L. Marder, D.O.** who resides at:
           One Ocean Lane
           Palm Beach, Florida 33480
           and

    (ii)   **Allergy, Dermatology & Skin Cancer Center, Inc., a Florida corporation**, with an address of:
           9580 South Federal Highway Suite 19
           Port St. Lucie, Florida 34952

in the amount of Eighteen Million, Seventeen Thousand, Three-Hundred Eighty-Two and 77/100 Dollars ($18,017,382.77), plus interest in accordance with 28 U.S.C. § 1961.

3

B. The United States may forthwith publicly record this Consent Final Judgment, but shall not affirmatively pursue execution or other collection efforts until after February 24, 2017 and the elapsing of the cure period for any default.

C. If the Marder Defendants fail to satisfy this Consent Final Judgment on or before February 24, 2017 in accordance with the terms of the Agreement, the United States shall notify the Marder Defendants' of their failure in accordance with the terms of the Agreement. If the Marder Defendants do not timely cure the default, the United States may file an affidavit so stating. Upon filing, the Consent Final Judgment shall be amended (and supplanted) such that to provide for judgment in the amount of Forty-One Million, Twenty-Three Thousand, Eight-Hundred Eighty-Three and 77/100 Dollars ($41,023,883.77), plus interest in accordance with in 28 U.S.C. § 1961.

D. A judgment of liability only is hereby entered in favor of Relator and against the Marder Defendants, jointly and severally, pursuant to 31 U.S.C. § 3730(d)(1) as to the Relator Recovery (i.e. Relator's reasonable expenses incurred in this proceeding, plus attorney's fees and costs).

E. It is further ordered and adjudged that this Consent Final Judgment shall be deemed to have been served upon the Parties at the time of its entry by the Court.

F. It is further ordered and adjudged that the Court shall retain jurisdiction with regard to any enforcement proceedings regarding the underlying Settlement Agreement, the Consent Final Judgment, modification of this Consent Final Judgment, or any other proceeding arising under this Consent Final Judgment, including a determination of the damages associated with the Relator Recovery herein adjudged, all of which will be construed under the laws of the State of Florida.

**DONE AND ORDERED** in the Southern District of Florida this 22nd day of February, 2017.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

The parties hereby stipulate and agree to the entry of this consent judgment.

**THE UNITED STATES OF AMERICA**

Dated: the 6th day of February, 2017    BY:    /s Mark Lavine
                                               Mark Alan Lavine
                                               Florida Bar No.: 648876
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               500 S. Australian Avenue, Suite 400
                                               West Palm Beach, FL 33401
                                               Tel. (561) 209-1043
                                               Fax. (561) 805-9846
                                               Email: mark.lavine@usdoj.gov
                                               Counsel for United States of America

                                        and:   /s John C. Spaccarotella
                                               John C. Spaccarotella
                                               Assistant United States Attorney
                                               United States Attorney
                                               99 N.E. 4th Street, Suite 300
                                               Miami, FL 33132
                                               Tel. (305) 961-9212
                                               Fax: 305-530-7139
                                               Email: john.spaccarotella@usdoj.gov
                                               Counsel for United States of America

**DEFENDANTS GARY L. MARDER, D.O. and**
**ALLERGY, DERMATOLOGY & SKIN CANCER CENTER, INC.**

Dated: the 6 day of February, 2017    BY: _____
                                          Gary L. Marder, D.O.
_____                    Address
     Witness                               Address
                                           Address

_____                  Email: _____
     Witness
                                         Telephone: _____


Dated: the 6 day of February,            BY: _____
2017                                         Gary L. Marder, D.O. as _____ of
                                             Allergy, Dermatology & Skin Cancer Center, Inc.
_____                    Address
     Witness                               Address
                                           Address

_____                  Email: _____
     Witness
                                         Telephone: _____

**Counsel for the Marder Defendants**

Dated: the  6  day of February, 2017    BY: _____
                                             Ryan Stumphauzer
                                             Florida Bar No.: 0012176
                                             **Ryan Stumphauzer**
                                             **Jeffrey Sloman**
                                             Stumphauzer & Sloman, PLLC
                                             One Se Third Avenue Suite 1820
                                             Miami, FL 33131
                                             305-371-9686
                                             Fax: 305-371-9687
                                             Email:rstumphauzer@sslawyers.com
                                             As Counsel for the Marder Defendants

6

**Counsel for Relator**

Dated: the  6th  day of February, 2017       BY:     /s Lawrence Klitzman
                                             Lawrence Steven Klitzman
                                             Florida Bar No.: 312878
                                             Lawrence Steven Klitzman
                                             Klitzman Law Group, PLLC
                                             1391 Sawgrass Corporate Parkway
                                             Sunrise, FL  33323
                                             954-384-4421
                                             Fax: 954-389-3579
                                             Email:Lsk@klitzlaw.com
                                             As Counsel for Relator

Dated: the  6th    day of February, 2017      BY:    /s Daniel Miller
                                             Daniel R. Miller
                                             Pennsylvania Bar No.: _____
                                             *Pro Hac Vice*
                                             Berger & Montague, PC
                                             1622 Locust Street
                                             Philadelphia, PA  19103
                                             215-875-3000
                                             Fax: 215-875-4604
                                             Email: Dmiller@bm.net
                                             As Counsel for Relator