## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.,

       Plaintiffs,

vs.

GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation

       Defendants.
_____/

### NOTICE OF RECEIPT OF PAYMENT TO BE APPLIED TO RELATOR'S FEES COSTS AND EXPENSES UNDER 31 U.S.C. §3730(d) AND FLORIDA STATUTES §68.085(c) ("Relator's Fees")

On February 7, 2017, Relator Theodore A. Schiff ("Relator") and defendants Robert I. Kendall and Kendall Medical Laboratory, Inc., a Florida corporation (the "Kendall Defendants") reached an agreement ("Agreement") which provided, *inter alia*, that: 1) the Kendall Defendants agreed that they are jointly and severally liable with defendants Gary L. Marder, D.O. and the Allergy, Dermatology & Skin Cancer Center, Inc. (the "Marder Defendants") for Relator's Fees; and 2) Relator agreed to release the Kendall Defendants from this liability in exchange for a payment of $75,000.

Relator, by and through his undersigned counsel, files this notice of receipt of a payment from the Kendall Defendants in the amount of $75,000. This payment is to be applied against the amount of any judgment which the Court enters against the Marder Defendants in connection with Relator's pending Motion for Relator's Fees, Costs and Expenses under 31 U.S.C. §3730(d) and Florida Statutes §68.085(c) (the "Motion") [ECF 280].

For the avoidance of doubt, Relator states that the Motion seeks judgment only against the Marder Defendants and that the Kendall Defendants are released from all liability for the Relator's Fees sought in the Motion.

                                                /s/ Lawrence Klitzman
                                                Lawrence Klitzman

DATED: February 24, 2017

          Respectfully submitted,
          KLITZMAN LAW GROUP, PLLC
          Lawrence S. Klitzman, Esquire
          (Florida Bar No. 312878)
          1391 Sawgrass Corporate Parkway
          Sunrise, Florida 33323
          Tel: (954)-384-4421
          Fax: (954)-389-3579


          BERGER & MONTAGUE, P.C.
          Daniel R. Miller, Esquire
          1622 Locust Street
          Philadelphia, Pennsylvania 19103
          Tel:  (215)-875-3000
          Fax: (215)-875-5807
          *Attorneys for the Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

           /s Lawrence S. Klitzman
          Lawrence S. Klitzman