UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24503-CIV-MOORE/MCALILEY

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.,

        Plaintiffs,

v.

GARY L. MARDER, D.O.; ALLERGY,
DERMATOLOGY & SKIN CANCER
CENTER, INC., a Florida corporation,
ROBERT I. KENDALL, M.D., and
KENDALL MEDICAL LABORATORY,
INC., a Florida corporation, and MEGAN
BOCK, P.A.,

        Defendants.
_____/

**RELATOR'S NOTICE OF WITHDRAWAL WITH PREJUDICE OF VERIFIED
MOTION TO DETERMINE THE AMOUNT OF DEFENDANTS ATTORNEY'S
FEES, COSTS, AND EXPENSES PAYABLE UNDER 31 U.S.C. § 3730(d)
AND FLORIDA STATUTES § 68.085(c)**

On February 13, 2017, Relator Theodore A. Schiff, M.D. ("Relator"), filed his Verified Motion to Determine the Amount of Defendants Attorney's Fees, Costs, and Expenses Payable under 31 U.S.C. § 3730(d) and Florida Statutes § 68.085(c) ("the Motion").  ECF No. 280. Relator, by and through undersigned counsel, hereby withdraws the Motion with prejudice, as the issues raised therein have been settled and are now moot.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

Date:  March 1, 2017                    Respectfully Submitted,

                                                          s/ Lawrence S. Klitzman
Lawrence S. Klitzman, Esq. (Fla. Bar No. 312878)
lsk@klitzlaw.com
KLITZMAN LAW GROUP, PLLC
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel.: (954) 384-4421
Fax: (954) 389-3579

Daniel R. Miller, Esq.
dmiller@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 875-3000
Fax: (215) 875-5807

*Attorneys for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on March 1, 2017, on all counsel or parties of record on the Service List below:

By: s/ Lawrence S. Klitzman
Lawrence S. Klitzman, Esq.

| | |
|---|---|
| John C. Spaccarotella<br>United States Attorney<br>99 N.E. 4 Street<br>Miami, FL 33132<br>305.961.9212<br>Fax: 305-530-7139<br>john.spaccarotella@usdoj.gov | Mark Alan Lavine<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132<br>305-961-9303<br>Fax: 305-530-7139<br>mark.lavine@usdoj.gov |
| Magdalena Anna Ozarowski<br>Florida Office of the Attorney General<br>PL-01, The Capitol<br>Tallahassee, FL 32399<br>(850) 414-3938<br>magdalena.ozarowski@myfloridalegal.com | Rebecca Haggar Sirkle<br>Office of the Attorney General<br>135 W. Central Blvd. Suite 100<br>Orlando, FL 32801<br>407-999-5588<br>rebecca.sirkle@myfloridalegal.com |
| Ryan K. Stumphauzer<br>Stumphauzer & Sloman, PLLC<br>SunTrust International Center<br>One SE 3rd Avenue, Suite 1820<br>Miami, FL 33131<br>305-371-9686<br>Fax: 305-371-9687<br>Email: rstumphauzer@sslawyers.com | Jeffrey H. Sloman<br>Stumphauzer & Sloman, PLLC<br>SunTrust International Center<br>One SE 3rd Avenue, Suite 1820<br>Miami, FL 33131<br>305-371-9686<br>Fax: 305-371-9687<br>Email: jsloman@sslawyers.com |
| Jared Edward Dwyer<br>Greenberg Traurig, P.A.<br>333 SE 2ND Avenue<br>Suite 4400<br>Miami, FL 33131<br>305-579-0564<br>Fax: 305-579-0717<br>Email: dwyerje@gtlaw.com | Eva Merian Spahn<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131<br>305-579-0500<br>Fax: 305-579-0717<br>Email: spahne@gtlaw.com |
| Bruce Reinhart<br>McDonald Hopkins, LLC<br>505 South Flagler Drive<br>Suite 300<br>West Palm Beach, FL 33401<br>561-472-2121<br>Fax: 561-472-2122<br>Email: breinhart@mcdonaldhopkins.com | |